# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2011

141793

THELMA JOHNSON, Personal Representative
of the Estate of CARL JOHNSON,
       Plaintiff-Appellee,

v

HURLEY MEDICAL GROUP, P.C., doing
business as HURLEY MEDICAL CENTER,
       Defendant-Appellee,

and

DR. MOONGILMADUGU INBA-VASHVU, M.D.,
       Defendant-Appellant,

and

KENNETH JORDAN, M.D.,
       Defendant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141793
COA: 287587
Genesee CC: 00-069254-NH

By order of February 7, 2011, the application for leave to appeal the August 12, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *Green v Pierson* (Docket No. 140808). On order of the Court, leave to appeal having been denied in *Green* on March 18, 2011, ___ Mich ___ (2011), the application is again considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action, limited to the issues whether MCL 600.2301 applies to cases initiated before the amendment of MCL 600.5856 in 2004 and whether the plaintiff in this case should have been allowed to amend her notice of intent. MCR 7.302(H)(1). The parties may file supplemental briefs regarding those issues within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2011

d0614

_____
Clerk